# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Cynthia  Murillo          **Docket Number:**   0972 1:13CR00204

**Name of Judicial Officer**:   Senior United States District Judge Anthony W. Ishii

**Date of Original Sentence:**   6/30/2009

**Original Offense:** 21 U.S.C. § 841(a)(1) Distribution of Cocaine; 18 U.S.C. § 2 Aiding and Abetting (Class A Felony)

**Original Sentence:** 77 mos. BOP; 36 mos. TSR; $100 special assessment; mandatory urine testing

**Special Conditions:**

Warrantless search
No dangerous weapon
Not possess narcotic drugs/controlled substance without a medical prescription
Substance abuse counseling and testing
Report all vehicles owned/operated
DNA collection
No association with drug traffickers or users
Not enter Mexico
Maintain full time employment or education or combination of both

**Type of Supervision:**   TSR

**Date Supervision Commenced:**   10/5/2012

**Other Court Actions:**
**05/16/2013**:   Jurisdiction transferred from the Southern District of California (07CR0846-BTM) to the Eastern District of California

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The defendant shall reside and participate in a residential re-entry center, Turning Point, Bakersfield for a period of up to 180 days; said placement shall commence as directed by United States Probation Officer pursuant to 18 USC 3563(b) (11). The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:** On April 10, 2014, Officers and Detectives of the Bakersfield Police Department Major Narcotics Unit, served a search warrant for narcotics at the releasee's residence located at 1101 Oleander Avenue, Apartment #23, Bakersfield, California. Officers seized the following items: 1) Miscellaneous paperwork; 2) 25.0 grams of suspected methamphetamine; 3) 2.0 grams of suspected methamphetamine; 4) $111.00 in U.S. Currency; 5) Box of plastic baggies; 6) Gray digital gram scale. The releasee was arrested and booked into Kern County Jail. Subsequently, she posted bond and was released from custody pending her arraignment in Kern County Superior Court.

On April 14, 2014, the releasee reported to the U.S. Probation Office for a scheduled appointment regarding her felony arrest. The releasee apologized for her conduct and explained that her life was financially spiraling out of control and she reverted to the sales of controlled substances to generate income. The undersigned obtained a urine sample from the releasee which tested positive for amphetamine and methamphetamine. The undersigned acknowledged the releasee's disclosure and inquired why she failed to seek assistance from the U.S. Probation Office. The releasee stated she was concerned her probation would be violated and she did not want to disappoint the Court. The releasee stated she is prepared to be held accountable for her violation conduct. The undersigned counseled with the releasee and informed her a recommendation will be submitted to the Court for her to enter and participate in the Turning Point, Bakersfield RRC while she is going through the Court process in Kern County Superior Court. The releasee signed and dated a Waiver of Hearing Form to participate in the Turning Point RRC for up to 180 days.

It is respectfully recommended the Court modify the conditions of supervised release to include a special condition for the releasee to participate in the Turning Point, Bakersfield RRC for up to 180 days. Placement at the facility will provide the subject with substance abuse counseling/testing while residing in a monitored environment. Following a disposition in the Kern County Superior Court, the undersigned will submit a violation petition to the Court in reference to the alleged new law violation.

Should the Court have any questions, please do not hesitate to contact the undersigned.

Respectfully submitted,
**/s/ Lonnie E. Stockton**

**LONNIE E. STOCKTON**
**Senior United States Probation Officer**
Telephone: (661) 321-3816

**DATED:** 4/17/2014

Reviewed by,
**/s/ Ben Blankenship**

**BEN BLANKENSHIP**
**Senior United States Probation Officer**

**THE COURT ORDERS:**

☒ Modification approved as recommended.

☐ Modification not approved at this time.  Probation Officer to contact Court.

☐ Other

IT IS SO ORDERED.

Dated:  April 17, 2014

SENIOR DISTRICT JUDGE